U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

JAN 07 2013

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S. Williams
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | |
| JACKIE JAWANNA MARKHAM | * | No. 4:12CR00224-02-BSM |
| Defendant. | * | |

## ORDER

Pursuant to the Pretrial Release Order entered in this matter on this date (Doc. No. 32), the Defendant is released from U.S. Marshal custody. Officials from Rockwall, Texas are expected to take her into custody and transport her to Texas for pending charges. When the matter is resolved in Texas, Defendant is ordered to contact her pretrial services officer, defense attorney, and self report to Wilbur Mills Treatment Center in Arkansas for in-patient drug treatment as a condition of her pretrial release.

IT IS SO ORDERED this 7th day of January 2013.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE